UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>Santiago RUBIO-Gil<br><br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:
Title 8, USC, 1326 Deported Alien Found In
The United States

**'10 MJ 1727**

The undersigned complainant being, duly sworn, states:
On or about May 25, 2010, within the Southern District of California, defendant, Santiago RUBIO-Gil, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael Canto
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF    May   , 2010.

WILLIAM MCCURINE JR.
United States Magistrate Judge



**CONTINUATION OF COMPLAINT:**
Santiago RUBIO-Gil

### PROBABLE CAUSE STATEMENT

On May 25, 2010, Border Patrol Agent C. Vargas along with service canine was conducting assigned duties in the Chula Vista Border Patrol Station area of operations. At approximately 1:00 a.m., Agent Vargas was advised by a scope operator, via service radio, of a group of individuals walking northbound in and area commonly referred to by agents as the "70-Cut." This area is located approximately two miles north of the United States/Mexico international boundary and approximately five miles east of the Otay Mesa port of entry. Upon arriving to the general location where the scope operator last had visual of the group, Agent Vargas deployed his service canine and followed footprints left behind by the group of individuals. After following the footprints for approximately one mile, Agent Vargas' service canine alerted to a group of individuals attempting to conceal themselves amongst boulders. Agent Vargas identified himself as a Border Patrol Agent in both the English and Spanish language, and in Spanish language questioned all individuals as to there nationality. All individuals including one later identified as Santiago RUBIO-Gil, admitted to being citizens and nationals of Mexico without proper documentation allowing them to enter, pass-through, or remain in the United States. Agent Vargas placed all individuals under arrest, including Santiago RUBIO-Gil and had them transported to the Chula Vista Border Patrol station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 14, 2010 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

WILLIAM MCCURINE JR.
United States Magistrate Judge

5/26/10
Date/Time

Ismael A. Canto
Border Patrol Agent