**FILED**

JUN 2 4 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    Criminal Case No. 10CR2494 JLS
                                    )
                Plaintiff,          )    I N F O R M A T I O N
                                    )
        v.                          )    Title 8, U.S.C., Sec. 1326(a) -
                                    )    Deported Alien Found in the
SANTIAGO RUBIO-GIL,                 )    United States (Felony)
                                    )
                Defendant.          )
_____)

The United States Attorney charges:

On or about May 25, 2010, within the Southern District of California, defendant SANTIAGO RUBIO-GIL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 6/24/2010 .

LAURA E. DUFFY
United States Attorney

*[signature]* M. Becker for

TARA K. MCGRATH
Assistant U.S. Attorney

TKM:nmc:San Diego
6/18/10