AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SANTIAGO RUBIO-GIL

**WAIVER OF INDICTMENT**

CASE NUMBER: 10CR2494-JLS

I, SANTIAGO RUBIO-GIL, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6/24/10____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

JUN 2 4 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Defendant

Counsel for Defendant

Before _____
Judicial Officer